BRENDAN E. STARKEY (Bar No. 240912)  NO-JS-6
brendan.starkey@dlapiper.com
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, Fourth Floor
Los Angeles, CA  90067-6022
Telephone:   (310) 595-3000
Facsimile:   (310) 595-3300

MONICA L. THOMPSON (*Admitted Pro Hac Vice*)
monica.thompson@dlapiper.com
ALBERT E. HARTMANN (*Admitted Pro Hac Vice*)
albert.hartmann@dlapiper.com
**DLA PIPER LLP (US)**
203 North LaSalle, Suite 1900
Chicago, Illinois  60601
Telephone:   (312) 368-4000
Facsimile:   (312) 236-7516

Attorneys for Plaintiff
TEKSYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEKSYSTEMS, INC., a Maryland Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>CYRUS M. SIMINPOUR, an individual, and MODIS, INC., a Florida Corporation,<br><br>           Defendants. | CASE NO.  CV07-04129 VBF (CTx)<br><br>*[Hon. Valerie Baker Fairbank]*<br><br>**STIPULATED JUDGMENT**<br><br><br><br>Trial Date:            Oct. 28, 2008 |

DLA PIPER LLP (US)
LOS ANGELES

CENTRAL\30990851.1

This matter being set for trial on October 28, 2008 on the following claims of Plaintiff TEKsystems, Inc. ("TEKsystems") against Defendant Cyrus Siminpour ("Siminpour"):

Claim 1: Count I (Computer Fraud and Abuse Act – 18 U.S.C. § 1030);

Claim 2: Count II (Violation of California Penal Code § 502);

Claim 3: Count III (Misappropriation of Trade Secrets); and,

Claim 4: Count V (Breach of Employment Agreement).

TEKsystems and Siminpour having reached an agreement and signed this Stipulated Judgment below, IT IS HEREBY ORDERED AS FOLLOWS:

A. Judgment is hereby entered in favor of TEKsystems, Inc. and against Siminpour in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00).

B. This Court ORDERS that, after entry of this Stipulated Judgment, Siminpour shall search for, including all reasonable efforts to retrieve any materials he may have given to third parties, and within three (3) days return to TEKsystems all information and property in his possession, custody or control that belongs to or which came from TEKsystems, including without limitation, hard copies of information previously stored on electronic medium and information residing in computer drives, computers, computer disks, electronic storage devices of any nature and all copies of documents relating in any way to TEKsystems clients, candidates, or business plans, practices or materials (collectively, the "Materials").

C. Within seven (7) days after entry of this Stipulated Judgment, Siminpour shall provide a written certification to the Court and to TEKsystems that he has completed the acts described in paragraph B and shall further certify that no Materials described in paragraph B remain in his possession, custody, or control.

D. This Court ORDERS that, effective immediately, Siminpour and any person acting on his behalf or in concert with him, shall be permanently enjoined, prohibited and restrained from using or disclosing any Materials.

| | |
|---|---|
| Dated: October 29, 2008 | *Valerie Baker Fairbank* |
| | _____ |
| | **HONORABLE VALERIE FAIRBANK** <br> **UNITED STATES DISTRICT JUDGE** |
| Dated: October _29, 2008 | **DLA PIPER LLP (US)** |
| | |
| | By: /S/ _____ <br> MONICA L. THOMPSON <br> ALBERT E. HARTMANN <br> BRENDAN E. STARKEY <br> Attorneys for Plaintiff <br> TEKSYSTEMS, INC. |
| Dated: October 29, 2008 | **LAW OFFICES OF CHRISTOPHER M. BRAINARD** |
| | |
| | By: /S/ _____ <br> CHRISTOPHER M. BRAINARD <br> Attorney for dEFENDANT <br> CYRUS SIMINPOUR |

DLA PIPER US LLP
LOS ANGELES

CENTRAL\30990851.1

2